UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br>*Plaintiff,*<br>v.<br>DEPARTMENT OF STATE,<br>*Defendant.* | Case 1:17-cv-00118-APM |

## JOINT STATUS REPORT

Plaintiff, the Federation for American Immigration Reform ("FAIR"), and Defendant, the United States Department of State ("State"), by their undersigned counsel, hereby submit this joint status report in response to the Court's order dated April 3, 2017 [ECF No. 9].

1. FAIR filed this Freedom of Information Act ("FOIA") case on January 18, 2017. The complaint alleges that State failed to respond to six different FOIA requests submitted by FAIR. [ECF No. 1.] On March 31, 2017, State filed an answer and affirmative defenses. [ECF No. 8.]

2. On April 3, 2017, this Court ordered the parties to meet and confer and submit a joint status report on or before April 17, 2017, addressing "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

3. State is currently searching for records responsive to FAIR's six FOIA requests and anticipates making an initial release of records on or before June 16, 2017. State anticipates producing additional records to FAIR on a monthly basis until all nonexempt, responsive records are released.

4. The parties have also engaged in discussions about clarifying and reformulating some of Plaintiff's requests. To date, the parties have agreed on the following clarifications and reformulations:

- Plaintiff's August 30, 2016, FOIA request (No. 2016-10965) [Pl.'s Compl. ¶ 5] has been clarified to indicate that it does not seek communications about individual visa cases, but only records concerning, referring, or relating to policies on how to process, treat, and otherwise approach applications for H-1B visas generally.

- Plaintiff's September 2, 2016, FOIA request (No. 2016-11194) [Pl.'s Compl. ¶ 11] has been clarified to indicate that it does not seek records that simply contain the words "illegal aliens," "illegal immigrants," "undocumented immigrant," "unaccompanied refugee," unaccompanied alien child(ren)," and "unaccompanied children." Instead, it seeks only records regarding, referring or relating to policies on staff use of the specified terms generally.

- Plaintiff's September 5, 2016, FOIA request (No. 2016-11217) [Pl.'s Compl. ¶ 15] has been reformulated to limit the temporal scope of the documents sought. For part 1 of the request, Plaintiff seeks only records from fiscal year 2016 to the date of the search. For part 3 of the request, Plaintiff seeks only records from fiscal year 2014.

The parties continue to discuss other potential clarifications and reformulations of Plaintiff's requests.

5. At this time, State is unable to anticipate the number of documents responsive to FAIR's requests because searches for responsive documents are still underway. State does not anticipate filing a motion for an *Open America* stay at this time. The parties are unable at present to anticipate whether summary judgment briefing will be required because State has yet to complete its searches and release any nonexempt, responsive records. The parties therefore request

that the Court defer the portion of its order directing the parties to state whether summary judgment motions are anticipated and, if so, to propose a briefing schedule.

6. Instead, the parties request that the Court order them to submit a joint status report in six months—on or before October 17, 2017—or within 14 days of State's final release of records, whichever is sooner, updating the Court with respect to the status of productions in this case.

Respectfully submitted,

IMMIGRATION REFORM LAW INSTITUTE

By: /s/ Julie Axelrod
JULIE B. AXELROD,
D.C. Bar #1001557
25 Massachusetts Avenue, N.W.,
Suite 335
Washington, District of Columbia 20001
Telephone: 202 232 5590
Facsimile: 202 464 3590
Email: jaxelrod@irli.org

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS,
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar #924092
Chief, Civil Division

By: /s/ Johnny Walker
JOHNNY H. WALKER,
D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*

Dated: April 17, 2017