UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-118 (APM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff respectfully requests the Court take notice of the withdrawal of Julie B. Axelrod as counsel for Plaintiff Federation for American Immigration Reform. Ms. Axelrod no longer works at the Immigration Reform Law Institute. Mr. John Miano will continue to represent Plaintiff.

/s/ *Julie B. Axelrod*

JULIE B. AXELROD
D.C. Bar No. 1001557
Center for Immigration Studies
1629 K Street, NW Suite 600
Washington, D.C. 20006
Phone 202-466-8185
Fax: 202-466-8076
Email: jba@cis.org