UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-0118 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiff, the Federation for American Immigration Reform ("FAIR") and Defendant, the

United States Department of State ("Department" or "State"), by their respective undersigned

counsel, hereby submit this joint status report in response to the Court's Minute Order of

May 12, 2025.

1.      FAIR filed this Freedom of Information Act ("FOIA") case on January 28, 2017.

The complaint alleges that the Department failed to respond to six FOIA requests submitted by

FAIR.  ECF No. 1.  On March 31, 2017, the Department filed an answer and affirmative

defenses.  ECF No. 8.

2.      As previously reported, on April 17, 2017, the parties filed a joint status

informing the Court that the Department was in the process of searching for records responsive

to FAIR's six FOIA requests, anticipated making an initial release of records on or before

June 16, 2017, and agreeing to produce records on a monthly basis thereafter until all

nonexempt, responsive records are released.  ECF No. 10.  The Department made its first release

on June 13, 2017, and has been making monthly rolling releases to FAIR since then, except in

January 2019 when the lapse in appropriations disrupted State's FOIA processing.

3.      As also previously reported, on April 22, 2021, the parties met and conferred. The Department indicated that it anticipated completing the processing of FOIA Requests Nos. F-2016-11063, F-2016-11194, and F-2016-11217 within the next two months.  With respect to FOIA Request No. F-2016-11198, Plaintiff's Counsel agreed to let the Department exclude non-responsive cables within a collection of cables that would otherwise need to be produced in order to expedite the processing of this request.

4.      The Department has made monthly productions in this case since February 2021, and has now completed processing records responsive to all but one request at issue in this case: F-2016-11198.

5.      As also previously reported, on August 10, 2021, the parties met and conferred to discuss ways to expedite the processing of F-2016-11198.  On August 30, 2021, the parties came to an agreement that the Department can exclude drafts from the processing.  The Department can also exempt material that is nearly identical to already produced material.

6.      The Department reports that has now completed producing all responsive materials, subject to appropriate withholdings, as of April 2025.

7.      Also as previously reported, FAIR is reviewing productions as they are made, and the Parties have agreed to continue to work in good faith to address any matters FAIR raises, in an effort to resolve this matter without further litigation and use of this Court's resources.

8.      FAIR reserves all rights and remedies concerning this action and each of the six FOIA requests (including, without limitation, State's FOIA responses and productions and material withheld or redacted under claim of exemption or other grounds).

9.      The parties propose to file another joint status report on or before July 9, 2025,

updating the Court on the status of this action, including FAIR's review of the final productions

of responsive records and any remaining issues between the parties.

Dated: June 9, 2025
        Washington, DC                         Respectfully submitted,

                                                 /s/ John Miano
                                                JOHN M. MIANO, Bar # 1003068
                                                DAVID JAROSLAV, Bar # 90021286
                                                Immigration Reform Law Institute
                                                25 Massachusetts Ave., NW, Suite 335
                                                Washington, D.C. 20001
                                                Tel: (908) 273-9207
                                                miano@colosseumbuilders.com

                                                *Counsel for Plaintiff*

                                                *and*

                                                JEANINE FERRIS PIRRO
                                                United States Attorney

                                  By:    /s/ Kartik N. Venguswamy
                                                KARTIK N. VENGUSWAMY
                                                D.C. Bar No. #983326
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, D.C. 20530
                                                Tel: (202) 252-1790
                                                kartik.venguswamy@usdoj.gov

                                                *Attorneys for the United States of America*