UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 17-0118 (APM) |

# JOINT STATUS REPORT

Plaintiff, the Federation for American Immigration Reform ("FAIR") and Defendant, the United States Department of State ("Department" or "State"), by their respective undersigned counsel, hereby submit this joint status report in response to the Court's Minute Order of June 10, 2025.

1.  FAIR filed this Freedom of Information Act ("FOIA") case on January 28, 2017. The complaint alleges that the Department failed to respond to six FOIA requests submitted by FAIR. ECF No. 1. On March 31, 2017, the Department filed an answer and affirmative defenses. ECF No. 8.

2.  On April 17, 2017, the parties filed a joint status report informing the Court that the Department was in the process of searching for records responsive to FAIR's six FOIA requests, that it anticipated making an initial release of records on or before June 16, 2017, and that it would produce records on a monthly basis thereafter until all nonexempt, responsive records were released. ECF No. 10.

3. The Department made its first release on June 13, 2017, and has been making monthly rolling releases to FAIR since then, except in January 2019 when the lapse in appropriations disrupted State's FOIA processing.

4. The Department has now completed producing all responsive materials, subject to appropriate withholdings, as of April 2025. FAIR reports that it has now reviewed the productions State has made, and it is satisfied with the response.

5. Since FAIR does not challenge the Department's response to its FOIA requests, the only remaining issue in this case is attorney's fees and costs. The parties are conferring over settlement of attorney's fees and costs, and they hope to be able to resolve that aspect of the case without need for the Court's involvement.

6. The parties propose that the Court direct them to file another joint status report by September 8, 2025.

Dated: July 10, 2025					Respectfully submitted,


						 /s/ Mateo Forero-Norena
						Mateo Forero-Norena, D.C. Bar # 90002605
						David L. Jaroslav, D.C. Bar # 90021286
						Immigration Reform Law Institute
						25 Massachusetts Ave., NW, Suite 335
						Washington, D.C. 20001
						Tel: (908) 273-9207
						mforero@irli.org
						djaroslav@irli.org

						*Counsel for Plaintiff*

						and

						JEANINE FERRIS PIRRO
						United States Attorney

					By:	 /s/ Kartik N. Venguswamy
						KARTIK N. VENGUSWAMY
						D.C. Bar No. #983326
						Assistant United States Attorney
						601 D Street, NW
						Washington, D.C. 20530
						Tel: (202) 252-1790
						kartik.venguswamy@usdoj.gov

						*Attorneys for the United States of America*