UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-0118 (APM)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff, the Federation for American Immigration Reform ("FAIR") and Defendant, the United States Department of State ("Department" or "State"), by their respective undersigned counsel, hereby submit this joint status report in response to the Court's Minute Order of July 11, 2025.

1. FAIR filed this Freedom of Information Act ("FOIA") case on January 28, 2017. The complaint alleges that the Department failed to respond to six FOIA requests submitted by FAIR. ECF No. 1. On March 31, 2017, the Department filed an answer and affirmative defenses. ECF No. 8.

2. As previously reported, the parties are in agreement with regards to the sufficiency of Defendant's productions, and the only remaining issue in this matter is attorney's fees and costs.

3. The parties report that they have reached an agreement in principle to settle this matter, and that they are currently finalizing the terms of a settlement agreement. The parties further report that they anticipate settling this matter in the next thirty days.

4.      Accordingly, the parties propose to file another joint status report—if necessary—on or before October 22, 2025, to apprise this Court of the status of this matter.

Dated: September 8, 2025

      Washington, DC               Respectfully submitted,

*/s/ John Miano*
JOHN M. MIANO, Bar # 1003068
DAVID JAROSLAV, Bar # 90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
Tel: (908) 273-9207
miano@colosseumbuilders.com

*Counsel for Plaintiff*

and

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*