UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-0118 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff, the Federation for American Immigration Reform ("FAIR") and Defendant, the United States Department of State ("Department" or "State"), by their respective undersigned counsel, hereby submit this joint status report in response to the Court's Minute Order of September 9, 2025.

1.      FAIR filed this Freedom of Information Act ("FOIA") case on January 28, 2017. The complaint alleges that the Department failed to respond to six FOIA requests submitted by FAIR.  ECF No. 1.  On March 31, 2017, the Department filed an answer and affirmative defenses.  ECF No. 8.

2.      As previously reported, the parties are in agreement with regards to the sufficiency of Defendant's productions, and the only remaining issue in this matter is attorney's fees and costs.

3.      The parties report that they have reached an agreement in principle to settle this matter, and that they are currently finalizing the terms of a settlement agreement.  The parties further report that they anticipate settling this matter in the next thirty days, though that process was slowed by the recent lapse in government appropriations.

4.      Accordingly, the parties propose to file another joint status report—if necessary—

on or before February 13, 2026, to apprise this Court of the status of this matter.


Dated: December 16, 2025

     Washington, DC                          Respectfully submitted,

                                              /s/ John Miano
                                             JOHN M. MIANO, Bar # 1003068
                                             DAVID JAROSLAV, Bar # 90021286
                                             Immigration Reform Law Institute
                                             25 Massachusetts Ave., NW, Suite 335
                                             Washington, D.C. 20001
                                             Tel: (908) 273-9207
                                             miano@colosseumbuilders.com

                                             *Counsel for Plaintiff*

                                             *and*

                                             JEANINE FERRIS PIRRO
                                             United States Attorney

                            By:      /s/ Kartik N. Venguswamy
                                             KARTIK N. VENGUSWAMY
                                             D.C. Bar No. #983326
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, D.C. 20530
                                             Tel: (202) 252-1790
                                             kartik.venguswamy@usdoj.gov

                                             *Attorneys for the United States of America*