UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 17-0118 (APM)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff, the Federation for American Immigration Reform ("FAIR") and Defendant, the United States Department of State ("Department" or "State"), by their respective undersigned counsel, hereby submit this joint status report in response to the Court's Minute Order of December 16, 2025.

1.　FAIR filed this Freedom of Information Act ("FOIA") case on January 28, 2017. The complaint alleges that the Department failed to respond to six FOIA requests submitted by FAIR. ECF No. 1. On March 31, 2017, the Department filed an answer and affirmative defenses. ECF No. 8.

2.　As previously reported, the parties are in agreement with regards to the sufficiency of Defendant's productions, and the only remaining issue in this matter is attorney's fees and costs.

3.　As previously reported, the parties have reached an agreement in principle to settle this matter. Defendant is finalizing the internal approvals necessary, and the parties expect this matter will be dismissed in the next thirty days.

4.      Accordingly, the parties propose to file another joint status report—if necessary—on or before March 17, 2026, to apprise this Court of the status of this matter.

Dated: February 13, 2026

      Washington, DC                       Respectfully submitted,

                                                */s/ John Miano*
                                                JOHN M. MIANO, Bar # 1003068
                                                DAVID JAROSLAV, Bar # 90021286
                                                Immigration Reform Law Institute
                                                25 Massachusetts Ave., NW, Suite 335
                                                Washington, D.C. 20001
                                                Tel: (908) 273-9207
                                                miano@colosseumbuilders.com

                                                *Counsel for Plaintiff*

                                                and

                                                JEANINE FERRIS PIRRO
                                                United States Attorney

                                By:     */s/ Kartik N. Venguswamy*
                                                KARTIK N. VENGUSWAMY
                                                D.C. Bar No. #983326
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, D.C. 20530
                                                Tel: (202) 252-1790
                                                kartik.venguswamy@usdoj.gov

                                                *Attorneys for the United States of America*