UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 17-0118 (APM)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 5, 2026
      Washington, DC                           Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kartik N. Venguswamy*            */s/ Mateo Forero-Norena*
KARTIK N. VENGUSWAMY            MATEO FORERO-NORENA, Bar # 90002605
D.C. Bar No. #983326                        DAVID JAROSLAV, Bar # 90021286
Assistant United States Attorney         JOHN M. MIANO, Bar # 1003068
601 D Street, NW                               Federation for American Immigration Reform
Washington, D.C. 20530                 25 Massachusetts Ave., NW, Suite 330
(202) 252-1790                                 Washington, D.C. 20001
kartik.venguswamy@usdoj.gov          Tel: (908) 328-7004
                                                     mforero@fairus.org

*Counsel for the United States of America*

                                                     *Counsel for Plaintiff*