UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

       Plaintiff,

     v.

U.S. DEPARTMENT OF STATE,

       Defendant.

Civil Action No. 17-0118 (APM)

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Catherine J. Malycke and remove the appearance of Assistant United States Attorney Kartik Venguswamy as counsel for Defendant in the above-captioned case.

Dated: April 2, 2026

Respectfully submitted,

By:   /s/ Catherine J. Malycke
CATHERINE J. MALYCKE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-3495
Email: catherine.malycke@usdoj.gov

*Attorney for the United States of America*